IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE DAVIS BALL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PETROL TRANSPORT,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV-F-04-5370 AWI LJO<br><br>**ORDER SETTING PRELIMINARY SETTLEMENT APPROVAL DATES** |

This Court conducted a March 8, 2006 status conference. Plaintiff appeared by telephone by counsel Jerry N. Budin, Law Office of Jerry Budin. Defendant appeared by counsel Daniel Cravens and by telephone by counsel Brian Dixon, Littler Mendelson.

After discussion with counsel and on the basis of good cause, this Court:

1. ORDERS the parties, no later than March 31, 2006, to file and serve papers for preliminary approval of class settlement; and

2. SETS a hearing for April 11, 2006 at 8:30 a.m. in Department 8 (LJO) on preliminary approval of class settlement.

IT IS SO ORDERED.

**Dated:　March 8, 2006**　　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1