IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE DAVIS BALL,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>PETROL TRANSPORT,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | CASE NO. CV-F-04-5370 AWI LJO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF PRELIMINARY APPROVAL OF STIPULATION REGARDING SETTLEMENT; NOTICE TO CLASSES; AND CLAIM PROCEDURE** |

　　　On June 2, 2006, the Magistrate Judge to whom this action has been assigned issued Findings and Recommendations on the preliminary approval of the Stipulation regarding Settlement; the Notice of Pendency of Class Action, Proposed Settlement; Proof of Claim Form; Request for Exclusion from Class Form, and other matters related to settlement of the above entitled matter. (Doc. 37.)  Plaintiffs filed a notice of non-opposition to the Findings and Recommendations on June 6, 2006. (Doc. 38.) Defendants also filed a notice of non-opposition to the Findings and Recommendations on June 14, 2006. (Doc. 39.)

　　　Pursuant to 28 U.S.C. §636(b)(1), the Magistrate Judge's Findings and Recommendations ARE HEREBY ADOPTED IN FULL.

IT IS SO ORDERED.

**Dated:　June 19, 2006**　　　　　　　　　　　　　　**/s/ Anthony W. Ishii**
0m8i78　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1