UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| ANGIE DAVIS BALL, et al.,<br><br>               Plaintiffs,<br><br>vs.<br><br>PETROL TRANSPORT, INC., BLM TRANSPORTATION COMPANY, INC., and DOES 1 through 100,<br><br>               Defendants. | CASE NO. CV F-04-5370 AWI LJO<br><br>JUDGMENT ON<br>FINDINGS AND RECOMMENDATIONS ON FINAL APPROVAL OF AMENDED STIPULATION REGARDING SETTLEMENT |

On October 4, 2006, the Magistrate Judge to whom this action has been assigned issued Findings And Recommendations On Final Approval Of Amended Stipulation Regarding Settlement (Doc. 47). Plaintiff filed a notice of non-opposition to the Findings and Recommendations on October 4, 2006 (Doc. 48). Defendants also filed a notice of non-opposition to the Findings And Recommendations on October 19, 2006 (Doc. 50).

Pursuant to 28 U.S.C. §636(b)(1), the Magistrate Judge's Findings and Recommendations ARE HEREBY ADOPTED IN FULL and, in conformance therewith,

1  IT IS HEREBY ADJUDGED AND ORDERED that:

2  1. The Amended Stipulation Regarding Settlement is approved in
3  full;

4  2. Defendants Petrol Transport, Inc., and BLM Transportation
5  Company, Inc. shall pay attorneys fees and costs in the total sum
6  of $45,000.00 to class counsel, Jerry Budin, subject to the "Notice
7  Of Lien Claim" of Green & Azevedo;

8  3. Defendants Petrol Transport, Inc., and BLM Transportation
9  Company, Inc., shall make payments to the Settlement Class members
10 pursuant to the procedures and formulas set forth in the
11 Stipulation Regarding Settlement;

12 4. Defendants Petrol Transport, Inc., and BLM Transportation
13 Company, Inc., shall make a payment of $10,000.00 to Class
14 Representative Angie Davis Ball for her efforts and services on the
15 behalf of the Class in this litigation;

16 5. This Court shall retain jurisdiction over this matter and
17 the parties for the purpose of enforcing compliance with said
18 Stipulation Regarding Settlement;

19 6. Upon defendants Petrol Transport, Inc., and BLM
20 Transportation Company, Inc.,'s satisfaction of its obligations
21 under said Stipulation Regarding Settlement and the payment of all
22 sums pursuant thereto, plaintiff's counsel shall notify the Court,
23 whereupon this matter shall be dismissed with prejudice.

24

25 IT IS SO ORDERED.

26 **Dated:   October 20, 2006**             **/s/ Anthony W. Ishii**
   0m8i78                                   UNITED STATES DISTRICT JUDGE
27

28

---

UDGMENT ON FINDINGS AND                         CASE NO. CV F-04-5370 AWI LJO
RECOMMENDATIONS ON FINAL APPROVAL OF
STIPULATION REGARDING SETTLEMENT