```
Jerry N. Budin
State Bar #88539
Law Office of Jerry Budin
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Telephone: (209) 544-3030
Facsimile: (209) 544-3144

Attorney for Plaintiff(s),
ANGIE DAVIS BALL, individually
and on behalf of all others
similarly-situated
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE DAVIS BALL, et al., ) | CASE NO. CV F-04-5370 AWI |
| Plaintiff, ) | STIPULATION OF DISMISSAL; ORDER |
| vs. ) | |
| PETROL TRANSPORT, INC., BLM ) TRANSPORTATION COMPANY, INC., ) and DOES 1 through 100, ) | |
| Defendants. ) | |

Pursuant to the Judgment entered herein on October 20, 2006 (Doc. 51), the parties, through their respective attorneys, hereby certify that defendants, PETROL TANSPORT, INC., and BLM TRANSPORTATION COMPANY, have satisfied all of their obligations under the Settlement Agreement herein and have fully dispersed all of the payments as provided for in said Judgment and, accordingly, the parties request that the Court dismiss this matter with prejudice.

Date: March ____, 2007        LAW OFFICE OF JERRY BUDIN

/s/ Jerry Budin_____
Jerry Budin
Attorney for Plaintiff,
ANGIE DAVIS BALL

```
DATE: March ____, 2007          LITTLER MENDELSON

                                By: /s/ R. Brian Dixon_____
                                    R. BRIAN DIXON
                                    Attorneys for Defendants,
                                    PETROL TRANSPORT, INC., and
                                    BLM TRANSPORTATION COMPANY, INC.
```

**ORDER**

Based on the foregoing stipulation and good cause appearing therefrom,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.


IT IS SO ORDERED.

**Dated:   March 9, 2007**                    **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE